UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149-CR-MARRA/HOPKINS(s)

FILED by _____ D.C.

OCT - 3 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW HARRINGTON,

Defendant.
_____/

## STIPULATED STATEMENT OF FACTS

The United States of America and ANDREW HARRINGTON enter into the following stipulated statement of facts in support of the defendant's plea of guilty:

Had this case proceeded to trial, the government would have presented evidence by way of witness testimony, Court authorized wire interceptions of coconspirators and documentary evidence. The evidence would establish that defendant HARRINGTON was a nominee owner of a pharmacy (Boca Drugs) on behalf of a coconspirator. Defendant HARRINGTON's name was placed on the ownership documents of the pharmacy in order to conceal the fact that the true owner co-defendant Christopher George was a convicted felon. The defendant conspired and agreed to receive monetary compensation from Appurtenance Biotechnology, DBA Boca Drugs and deposited such monetary compensation into a financial institution. The monetary compensation was the proceeds of specified unlawful activity, that is, the illegal distribution of oxycodone pills, a Schedule II controlled substance. The defendant knew the proceeds were generated from the illegal distribution of

controlled substances, that is, the sale and dispensing of oxycodone pills from dispensaries within Appurtenance Biotechnology, DBA Boca Drugs by coconspirators. Pursuant to instructions received from a coconspirator, defendant HARRINGTON made materially false statements to DEA diversion personnel regarding the operation and management of Boca Drugs. The defendant and conspirators participated in the operation of illegal "pill mills" wherein individuals seeking controlled substances paid for examinations by coconspirator physicians based upon alleged complaints of pain. The coconspirator physicians illegally prescribed large quantities of oxycodone, 30 mg. pills and other controlled substances without a legitimate medical purpose and outside the usual course of professional practice. The coconspirator physicians prescribed controlled substances without reviewing prior medical records, referring individuals to medical specialists nor recommending alternative treatment modalities. The coconspirator physicians prescribed a predetermined cocktail of controlled substances which contained oxycodone 30 mg. and 15 mg., xanax and/or soma. No individualization nor particularization of treatment or care was used. The evidence would establish that the pain management clinics were, in fact, facilities used for the illegal distribution of controlled substances. The defendants and coconspirators engaged in the above-described criminal conduct for a profit motive. Many of the individuals who had obtained prescriptions from the illegal "pill mills," filled such prescriptions at Boca Drugs.

The monetary compensation received by the defendant had a value of more than $10,000.

The above-described activities were committed in the Southern District of Florida.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 10/3/11

_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

Date: 10/3/11

_____
LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY

Date: 10/3/11

_____
STRIDER DICKSON
ASSISTANT UNITED STATES ATTORNEY

Date: 10/3/11

_____
LARRY DONALD MURRELL
ATTORNEY FOR DEFENDANT

Date: 10 3-11

_____
ANDREW HARRINGTON
DEFENDANT

3